### MEDFORD, PETERSHAM, HARVARD, HINGHAM.

Assessor's certificate—presumptive evidence of the requisite number of ratable polls.

THE elections of one of the members, returned from each of the towns of Medford, Harvard, and Petersham, and the election of the three members returned from Hingham, were controverted on the ground of a deficiency of ratable polls, and were all confirmed; upon what evidence in the three last named, does not fully appear from the papers on file, but in the town of Medford, by a certificate of the assessors, that the town contained the requisite number of polls.